IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv645-MHT |
| ) | (WO) |
| WANDA LIGHTNER, Warden, and ) | |
| STEVEN T. MARSHALL, ) | |
| Attorney General for the ) | |
| State of Alabama, ) | |
| ) | |
| Respondents. ) | |

ORDER

Upon consideration of petitioner's "Motion For District Court Judge To Answer And Review Motion To Vacate Order" (doc. no. 20), which the court construes as an appeal of the United States Magistrate Judge's order (doc. no. 18) denying petitioner's motion to vacate an earlier order granting respondents' motion for an extension of time to answer, it is ORDERED that, upon consideration of the appeal, the order at issue (doc. no. 18) is affirmed.

DONE, this the 26th day of April, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE