IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES L. ROBINSON,            )
                              )
     Petitioner,             )
                              )        CIVIL ACTION NO.
     v.                       )          2:17cv645-MHT
                              )             (WO)
WANDA LIGHTNER, et al.,       )
                              )
     Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 60) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is dismissed as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of July, 2020.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE